| Building | TT | TRUMP TOWER | Page | 1 |
|---|---|---|---|---|
| 721 FIFTH AVENUE | | Tenant Profile | Printed | 12/3/2010 |
| | | | Menu ID | TP |

| Unit | POLO, DR. JULIO E. |
|---|---|
| 47B | |

| Current Balance Due | 65,273.54 | |
|---|---|---|
| Last Paid | $14,898.89 | 5/6/2009 |

### Miscellaneous Tenant Info

| Move In: | 7/18/1983 | Security Deposit | 0.00 |
|---|---|---|---|
| Vacate | | Key Deposit | 0.00 |
| Lease Starts | | Social Security | |
| Lease Expires | | No. of Shares: | 0.278620 |

### Unit Info

| Room Count | 4 1 B | Sq. Ft. | |
|---|---|---|---|
| Floor # | | Sq. Ft. % | |

### Unit Address

721 FIFTH AVENUE
Unit 47B
NEW YORK NY 10022

### Billing Address

DR. JULIO E. POLO
721 FIFTH AVENUE
Unit 47B
NEW YORK NY 10022

### Contact Info / Status Codes

Home Phone
Office Phone (212)702-0855
Fax
Cell Phone
Email

### Tenant Notes

**Total Balance Due as of 12/31/10   65,273.54**

| Billing Period | Chge Code | Charge Description | Balance |
|---|---|---|---|
| 12/01/10 | 0 | MAINT CHG | 2,406.38 |
| 12/01/10 | 20 | LEGAL FEE | 159.00 |
| 11/01/10 | 0 | MAINT CHG | 2,406.38 |
| 10/01/10 | 0 | MAINT CHG | 2,406.38 |
| 10/01/10 | 20 | LEGAL FEE | 58.50 |
| 10/01/10 | 2 | LATE CHARGE | 96.26 |
| 09/01/10 | 0 | MAINT CHG | 2,406.38 |
| 09/01/10 | 20 | LEGAL FEE | 695.50 |
| 09/01/10 | 2 | LATE CHARGE | 96.26 |
| 08/01/10 | 0 | MAINT CHG | 2,406.38 |
| 08/01/10 | 27 | CHARGE BACK | 65.00 |
| 08/01/10 | 11 | SALES TAX | 5.44 |
| 08/01/10 | 2 | LATE CHARGE | 96.26 |
| 07/01/10 | 0 | MAINT CHG | 2,406.38 |
| 07/01/10 | 2 | LATE CHARGE | 96.26 |
| 06/01/10 | 0 | MAINT CHG | 2,406.38 |
| 06/01/10 | 20 | LEGAL FEE | 1,002.00 |
| 06/01/10 | 2 | LATE CHARGE | 96.26 |
| 05/01/10 | 0 | MAINT CHG | 2,406.38 |
| 05/01/10 | 20 | LEGAL FEE | 391.75 |
| 05/01/10 | 2 | LATE CHARGE | 96.26 |
| 04/01/10 | 0 | MAINT CHG | 2,406.38 |
| 04/01/10 | 20 | LEGAL FEE | 286.25 |
| 04/01/10 | 2 | LATE CHARGE | 96.26 |
| 03/01/10 | 0 | MAINT CHG | 2,406.38 |
| 03/01/10 | 20 | LEGAL FEE | 248.50 |
| 03/01/10 | 2 | LATE CHARGE | 96.26 |
| 02/01/10 | 0 | MAINT CHG | 2,406.38 |
| 02/01/10 | 20 | LEGAL FEE | 69.50 |
| 02/01/10 | 2 | LATE CHARGE | 96.26 |
| 01/01/10 | 0 | MAINT CHG | 2,406.38 |
| 01/01/10 | 20 | LEGAL FEE | 34.50 |
| 12/01/09 | 0 | MAINT CHG | 2,346.52 |
| 12/01/09 | 20 | LEGAL FEE | 316.50 |
| 12/01/09 | 2 | LATE CHARGE | 93.86 |
| 11/01/09 | 0 | MAINT CHG | 2,346.53 |
| 11/01/09 | 20 | LEGAL FEE | 138.00 |
| 10/01/09 | 0 | MAINT CHG | 2,346.52 |
| 10/01/09 | 2 | LATE CHARGE | 93.86 |
| 09/01/09 | 0 | MAINT CHG | 2,346.52 |
| 09/01/09 | 2 | LATE CHARGE | 93.86 |
| 08/01/09 | 0 | MAINT CHG | 2,346.52 |
| 08/01/09 | 2 | LATE CHARGE | 93.86 |
| 07/01/09 | 0 | MAINT CHG | 2,346.52 |
| 07/01/09 | 20 | LEGAL FEE | 172.50 |
| 07/01/09 | 2 | LATE CHARGE | 93.86 |
| 06/01/09 | 0 | MAINT CHG | 2,346.52 |
| 06/01/09 | 2 | LATE CHARGE | 93.86 |